1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>TACOMA POLICE, *et al.*,<br><br>           Defendants. | CASE NO. 3:20-cv-05548-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby find and **ORDERS** that the R&R is **ADOPTED** and that plaintiff's *in forma pauperis* application (Dkt. 5) is **DENIED**, and that this matter is **DISMISSED** without prejudice.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 5th day of October, 2020.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge